In the Matter of the Accounting of HARRY B. HOLLINS et al., as Executors of CONSUELO, DOWER DUCHESS OF MANCHESTER, Deceased, Respondents.

MABEL, COUNTESS OF ZICHY, Appellant.

*Matter of Hollins*, 160 App. Div. 886, affirmed.
(Argued June 3, 1914; decided July 14, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 26, 1913, which affirmed a decree of the New York County Surrogate's Court judicially settling the accounts of the executors herein.

*Edmund L. Baylies* and *Edwin D. Bechtel* for appellant.

*Henry W. Taft, George W. Wickersham* and *Francis Smyth* for respondents.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, HOGAN, MILLER and CARDOZO, JJ.